# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146463

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AMEENA HAMOOD, f/k/a AMEENA
BEYDOUN, JOHN A. HAMOOD, RAMONA
HAMOOD, JAMAL JOHN HAMOOD, and
CHARLENE HAMOOD,
        Plaintiffs-Counter-Defendants-
        Appellants,

v

AL STANOWSKI and JENNY STANOWSKI,
        Defendants-Counter-Plaintiffs-
        Appellees.

SC: 146463
COA: 304559
Wayne CC: 99-911949-CH

_____/

      On order of the Court, the application for leave to appeal the September 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

                               Clerk

p0422